# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # 6

U.S.C.A. # _____

Kiley

-v-

National Labor Relations Board

U.S.D.C. # 08cv-2224

JUDGE: KMW

DATE: April 16, 2008

APR 16 2008

## INDEX TO THE RECORD ON APPEAL

**PREPARED BY (NAME):** THOMAS R. PISARCZYK
**FIRM:** U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
**ADDRESS:** 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
**PHONE NO.:** (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------------

**DOCUMENT DESCRIPTION**                                      **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(X) Original Record                              (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 16th Day of April, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

Kiley

-v-

NLRB

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-2224

JUDGE: KMW

DATE: 4-16-2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 16th Day of April In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
      Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-02224-KMW
### Internal Use Only

Kiley v. National Labor Relations Board  
Assigned to: Judge Kimba M. Wood  
Cause: 29:151 Labor: Review of Agency Action

Date Filed: 03/05/2008  
Date Terminated: 03/06/2008  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/05/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Joanne Kiley.(laq) (Entered: 03/11/2008) |
| 03/05/2008 | 2 | COMPLAINT against National Labor Relations Board. Document filed by Joanne Kiley.(laq) (Entered: 03/11/2008) |
| 03/05/2008 |  | Magistrate Judge Kevin N. Fox is so designated. (laq) (Entered: 03/11/2008) |
| 03/06/2008 | 3 | ORDER OF DISMISSAL, The Court grants plaintiff's request to proceed in forma pauperis, but dismisses the complaint for the reasons set forth.Accordingly, the complaint is idmissed because the action fails to allege any facts establishing matter jurisdiction. The Clerk of Court is directed to enter judgment dismissing the complaint. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 3/6/08) (laq) (Entered: 03/11/2008) |
| 03/06/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 3/6/08) (laq) (Entered: 03/11/2008) |
| 04/02/2008 | 5 | NOTICE OF APPEAL from 3 Order Dismissing Complaint (I.F.P.), 4 Judgment - Sua Sponte (Complaint). Document filed by Joanne Kiley. (tp) (Entered: 04/14/2008) |
| 04/02/2008 |  | Appeal Remark as to 5 Notice of Appeal filed by Joanne Kiley. $455.00 APPEAL FEE DUE. IFP REVOKED 3/6/08. (tp) (Entered: 04/14/2008) |
| 04/14/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 04/14/2008) |
| 04/14/2008 |  | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 04/14/2008) |